UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Melvin Felix         JOINT DEBTOR: Esther M. Melendez      CASE NO.: 11-21331
Last Four Digits of SS# 1773         Last Four Digits of SS# 4701

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ _203.82_ for months _1_ to _60_;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,250.00 (includes $750.00 for Mtn to Value Real Estate)
TOTAL PAID $1,656.00    Balance Due $ 2,594.00 payable $185.29 (Months _1_ to _14_

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $_____
Address:_____        Arrears Payment      $_____ /month (Months ____ to ____)
         _____        Regular Payment      $_____ /month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank United  #75483 | 9931 S.W. Seventh St. Pembroke Pines, FL 33025  *see legal description  Property value:  $ 160,400 which is less than amount of first mortgage. Mortgage will be stripped as lien. | % | $ | ____ To ____ | |
| | | | | ____ To ____ | |
| | $ | % | $ | ____ To ____ | |

*SKOMILL SECTION TWO 115-15 B Lot 20, Blk 8 and 1/32 INT IN TRACT F (LAKE) from the Public Records of Broward County, FL

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
                                Payable  $_____ /month (Months ___ to ___) Regular Payment $_____
2. _____   Total Due $_____
                                Payable  $_____ /month (Months ___ to ___) Regular Payment $_____
Unsecured Creditors: Pay $ 185.29 /month (Months 15 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

**Other Provisions Not Included Above**: Bank United/Greentree as servicer, #2953, #2119, will be paid outside Plan for first mortgage Creditor may continue to make monthly statements.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Debtor
Date: 5/17/11

_____
Joint Debtor
Date: 5/17/11

C:\Documents and Settings\owner\My Documents\bank13\plan\2010\Felix.wpd

LF-31 (rev. 01/08/10)